# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

**TIM ANDERSON,**

    **Plaintiff,**

**v.**                                      **Case No. 3:17cv953-RV-CJK**

**STRIPE, INC.,**
**a Delaware Corporation,**

    **Defendant.**
_____/

## **ORDER**

This cause comes on for consideration upon the magistrate judge's Report and Recommendation dated August 21, 2018 (doc. 19). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. Defendant's Motion to Dismiss (doc. 11) is GRANTED and this case is DISMISSED for plaintiff's failure to state a claim upon which relief can be granted. Since it is evident that the plaintiff cannot cure the deficiencies identified, the dismissal is with prejudice.

3. All pending motions are DENIED as moot.

4. The clerk shall close the file.

**DONE AND ORDERED** this 20th day of September, 2018.

/s/ *Roger Vinson*
**ROGER VINSON**
**SENIOR UNITED STATES DISTRICT JUDGE**